Craig S. Summers (SBN 108,688)
craig.summers@kmob.com
Paul A. Stewart (SBN 153,467)
paul.stewart@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterdefendant
**DATCARD SYSTEMS, INC.**

Roger R. Wise (SBN 128,262)
Roger.wise@pillsburylaw.com
Evan Finkel (SBN 100,673)
Evan.finkel@pillsburylaw.com
Mark Kendrick (SBN 217,198)
Mark.kendrick@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Defendant/Counterclaimant
**CODONICS, INC.**

FILED
CLERK, U.S. DISTRICT COURT
JAN 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

DATCARD SYSTEMS, INC., a California corporation,

Plaintiff,

v.

CODONICS, INC., an Ohio corporation,

Defendant.

AND RELATED COUNTERCLAIMS

Civil Action No.
SACV 08-00063 AHS (RNBx)

**AMENDED PERMANENT INJUNCTION BY CONSENT**

Plaintiff DatCard Systems, Inc. ("DatCard") and Defendant Codonics, Inc. ("Codonics"), through their respective counsel of record, hereby stipulate to the final resolution of this matter as follows:

WHEREAS, on January 18, 2008, DatCard filed its Complaint in this action against Codonics, alleging infringement of U.S. Patent No. 7,302,164, entitled "System and Method for Producing Medical Image Data Onto Portable Digital Recording Media" ("the '164 Patent");

WHEREAS, during discovery, DatCard indicated that it is alleging infringement of Claims 9, 12, 13, 15, 16, 17, 19, and 21 of the '164 Patent ("the Asserted Claims");

WHEREAS, on March 4, 2008, Codonics filed its Answer in this action, denying DatCard's allegations of infringement and asserting affirmative defenses;

WHEREAS, the parties have entered into a confidential written settlement agreement, resolving their disputes in this action and certain other actions, and have agreed therein to entry of this Permanent Injunction by Consent;

THE COURT HEREBY ORDERS:

1. This Court has jurisdiction over the subject matter of this action and personal jurisdiction over Codonics in this action. Venue is proper in this Judicial District.

2. Subject to the exceptions set forth herein, Codonics, its parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Permanent Injunction are permanently enjoined from making, using in any clinical applications in the United States, using concurrently at more than five (5) facilities in the United States outside of Codonics' own facilities, selling, offering to sell, or distributing within the United States, or

importing into the United States, all existing models of Codonics' Virtua medical disc publisher, including without limitation the Virtua, the Virtua XR and the Virtua E products illustrated in the brochures attached hereto as Exhibits A, B, and C, respectively. This injunction shall extend to all such products regardless of the name under which the product is sold, as well as to any product which merely differs from any of these products in a manner that does not raise any substantial new issues of infringement that were not raised in the infringement contentions in this case. These products shall be referenced herein collectively as the "Virtua Products." Nothing in this injunction limits Codonics' ability to make, use, sell, offer for sale, distribute or import any products that are not Virtua Products.

3. This injunction shall take effect on March 5, 2010, at 5:00 p.m. Eastern time, and shall have no effect prior to that date and time. This injunction shall remain in effect until August 20, 2023 (the current expiration of the '164 Patent), or until the '164 Patent and all other DatCard patents that cover any Virtua Products lapse due to failure to pay maintenance fees, whichever is earlier, unless earlier dissolved in accordance with Paragraph 6 below.

4. Regardless of any other provision of this Permanent Injunction, nothing in this Permanent Injunction shall preclude Codonics from engaging in the following activities:

a. After March 5, 2010, Codonics may manufacture and ship Virtua Products within the United States to satisfy orders for Virtua Products that have been placed by Codonics' customers and accepted by Codonics by 5:00 p.m. Eastern time on March 5, 2010; provided that the taking of orders and the manufacturing and shipping of such Virtua Products is conducted by Codonics in the normal course of its business. These manufacturing and shipping activities may continue until all such orders are filled, but in no event later than June 20, 2010.

b. Codonics may make, sell, and offer to sell in the United States, and import into the United States, Virtua Products that do not have the ability to record onto a storage medium any viewing software, any instructions for obtaining viewing software, or any software code that retrieves viewing software. Codonics shall not directly or indirectly provide its customers or users of such Virtua Products with any software key, access code, or other device to enable the customer or user to provide such Virtua Products with the ability to record onto a storage medium any viewing software, any instructions for obtaining viewing software, or any software code that retrieves viewing software. Further, Codonics shall not directly or indirectly instruct, encourage, or otherwise induce its customers or users of such Virtua Products to record viewing software on a data storage medium used in conjunction with such Virtua Products. In addition, Codonics shall not directly or indirectly instruct, encourage, enable, or otherwise induce purchasers or users of such Virtua Products to use with those Virtua Products a data storage medium that includes a viewer. Nothing herein shall preclude Codonics from informing customers or potential customers that the Virtua Product for sale in the United States lacks a viewer.

c. Codonics may manufacture the Virtua Products within the United States, provided that: (1) each such unit is sold by Codonics only outside the United States, and (2) Codonics informs the purchaser of each such unit in writing that the product is for use only outside the United States, and may not be used or sold in the United States, or sent into the United States for any purpose except repair, as set forth in Paragraph 4(d) below. Such written notice shall be in a form calculated to provide clear actual notice of this restriction to the purchaser. No inadvertent failure by Codonics to comply with the provisions of this Paragraph 4(c) shall

constitute contempt. Codonics may market Virtua Products in the United States at trade shows, on Codonics' website, or through communications originating in the United States and directed to customers outside of the United States, for sale outside of the United States. However, all marketing materials for Virtua Products having a viewer, including all pages of Codonics' website promoting such Virtua Products, shall clearly state that the Virtua Products are not available for purchase or use in the United States.

d. Codonics may repair within the United States all Virtua Products sold outside of the United States at any time, sold in the United States before this Permanent Injunction takes effect, or sold consistent with the terms of this Permanent Injunction. To facilitate repairs of Virtua Products that reside outside the United States, Codonics may import those units into the United States for the limited purpose of completing the repair of that unit or determining that a repair is not practical.

e. DatCard does not object to and hereby consents to Codonics' manufacture, use, sale and offer for sale of the Virtua Products outside the United States.

f. In the event that Codonics receives from a customer a request to repair a Virtua Product that was first sold by Codonics no more than 7 years prior to the request, this Permanent Injunction shall not preclude Codonics from satisfying the request by shipping a used or refurbished Virtua Product to the customer in lieu of repairing the customer's Virtua Product. Codonics shall provide a written report to DatCard specifying the number of used or refurbished Virtua Products provided to such customers in the United States. The written report shall be provided on an annual basis, with the first report for 2010 being provided by January 31, 2011, and all remaining reports being provided

by January 31 of the following year. Codonics shall continue to provide these reports until it stops providing customers in the United States with used or refurbished Virtua Products under this Subparagraph 4(f).

5. Codonics shall not induce others to engage in any activities prohibited by this Permanent Injunction.

6. The '164 Patent is currently subject to a reexamination proceeding in the United States Patent and Trademark Office ("PTO"), Reexamination No. 90/009,347 ("the Reexamination"). If the PTO issues no Reexamination Certificate in the Reexamination, or issues a Reexamination Certificate which cancels or includes a substantive amendment to all of the Asserted Claims, or if there is a final decision with no further right of appeal by a court of competent jurisdiction that all of the Asserted Claims are invalid, then the parties shall jointly submit to the Court a stipulated motion to dissolve this Permanent Injunction, and the Court will dissolve this Permanent Injunction. If DatCard fails to join the motion, Codonics may file a motion requesting that this Permanent Injunction be dissolved. As used in this Paragraph 6, an amendment to a claim is a "substantive amendment" if and only if the amended claim is not "substantially identical" to the original claim within the meaning of 35 U.S.C. § 252, made applicable to reexaminations by 35 U.S.C. § 307(b).

7. Within five (5) calendar days of the entry of this Permanent Injunction, DatCard and Codonics shall jointly file a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, dismissing this action without prejudice. Pursuant to the confidential written settlement agreement between the parties, a joint stipulation dismissing this action with prejudice will be filed by the parties at a later date. This Court retains jurisdiction to enforce or dissolve this Permanent Injunction and to accept the filing of the joint stipulation dismissing this action with prejudice.

///

8. DatCard and Codonics affirmatively waive any and all rights to appeal this Permanent Injunction.

Dated: January 21, 2010

ALICEMARIE H. STOTLER
The Honorable Alicemarie H. Stotler
United States District Court Judge

**APPROVED AS TO FORM AND SUBSTANCE:**

Date: ______________________, 2010

______________________________
Craig S. Summers
Paul A. Stewart
Perry D. Oldham
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street 14th Floor
Irvine, CA 92614

Attorneys for Plaintiff,
**DATCARD SYSTEMS, INC.**

Date: ______________________, 2010

______________________________
Roger R. Wise
Evan Finkel
Mark Kendrick
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa St., Ste 2800
Los Angeles, CA 90017-5406

Attorneys for Defendant,
**CODONICS, INC.**

# EXHIBIT A

# Virtua®

## Medical Disc Publisher




EXHIBIT A

# Virtua®





## Medical Disc Publisher

### Overview

The Codonics Virtua Medical Disc Publisher offers exceptional speed, efficiency and ease of use in an automatic disc recorder. This innovative medical device is a DICOM-compliant network appliance that can concurrently record and label multiple medical studies onto CD and DVD media. Virtua's compact design features an advanced embedded processor, robotic disc handling and a user-friendly touch screen interface that optimizes workflow and productivity. The built-in printer produces brilliant, full-color disc labels that include patient demographics and the facility's address and logo for marketing. Customers can create their own custom labels or use Codonics disc label design service offered exclusively to our customers.

### Features / Benefits

- Automatically records patient studies without tying up your workstation or employee resources
- On-demand disc creation and labeling directly from modality workstations
- Studies can be conveniently viewed from disc on a workstation using one or more DICOM viewers, specialized viewers and / or custom OEM viewers*
- HL7 and DICOM Structured Reports can be received and matched to a patient's study allowing the recording of both the report and study together on the same disc**
- Intuitive touchscreen turns novices into experts in minutes
- User interface is available in multiple languages
- Scheduled Archive automatically records all studies to disc for backup/disaster recovery. It also records a complete history of all archive activities on each disc**
- Compact design allows for easy siting
- Meets industry standards including DICOM part 10, IHE PDI, and audit logs for HIPAA compliance

*not all viewers are standard
**optional features

### Specifications

| | |
|---|---|
| Media Inputs: | Two 50-disc input bins |
| Media Output: | One 25-disc output bin |
| Optical Drives: | Two CD/DVD drives |
| Recordable Formats: | CD-R, DVD-R |
| Label Print Technology: | Inkjet |
| Print Resolution: | Up to 4800 dpi |
| Ink Cartridge: | One color cartridge (CMY); one black cartridge |
| User Interface: | Integrated/detachable 15" LCD touch screen and remote web browser access |
| Performance:*** | 30 CDs per hour, 15 DVDs per hour |
| Processor: | Intel® Core™ 2 Duo |
| Memory: | 2 GB |
| Data Storage: | 40 GB |
| Interface: | 10/100 Base-T/ Gigabit Ethernet (RJ-45) |
| Network Protocols: | DICOM Store SCP (up to 24 simultaneous connections) HTTP Web Server (for remote control and configuration) |
| Smart Drive: | USB flash drive for storing configuration data |
| Power: | Universal Input: 100-240VAC, 50/60 Hz, 300VA (rated power) |
| Dimensions: | 26.7" (67.8 cm) H, 19.2" (48.6 cm) W, 26.7" (67.8 cm) L |
| Weight: | 60 lbs. (28 kg.) |
| Regulatory: | Full medical device compliance including Class 1 FDA and MDD CE, GMP/QSR, ISO13485: 2003, 60601-1 Safety, EMC/EMI (55011(B) & 60601-1-2) for Healthcare Facilities |

***based on a typical clinical study and network configuration with full color label

### Touch Screen User Interface









Call Codonics today at 800-444-1198 or visit www.codonics.com for more information.

17991 Englewood Drive
Middleburg Heights, OH 44130 USA
(440) 243-1198
(440) 243-1334 Fax
Email info@codonics.com
www.codonics.com

All registered and unregistered trademarks are the property of their respective owners.
Specifications subject to change without notice. Patent No. 7,375,737. Patents Pending. Copyright © 2006-2008 Codonics, Inc. 09/2008

900-331-003.03

EXHIBIT A

# EXHIBIT B

# Virtua® XR

## Medical Disc Publisher




EXHIBIT B

# Virtua® XR

Medical Disc Publisher





## Overview

The Codonics Virtua XR Medical Disc Publisher records up to 60 CDs or 30 DVDs an hour. Virtua keeps up with multi-modality environments, and is specifically designed for high-volume imaging applications such as breast MR, PET/CT, MRA and CTA where imaging systems send tens of thousands of images an hour. Customized discs are recorded, labeled and ready to leave with the patient without workflow interruption. The XR's compact design features an advanced processor for receiving and managing studies, a robotic disc recorder and printer, and a user-friendly touch screen interface. The built-in printer produces brilliant, full-color disc labels that include patient demographics and the facility's address and logo for marketing. Customers can create their own custom labels or use Codonics disc label design service offered exclusively to our customers.

## Features / Benefits

- Automatically records patient studies without tying up your workstation or employee resources
- On-demand disc creation and labeling directly from modality workstations
- Studies can be conveniently viewed from disc on a workstation using one or more DICOM viewers, specialized viewers and / or custom OEM viewers*
- HL7 and DICOM Structured Reports can be received and matched to a patient's study allowing the recording of both the report and study together on the same disc**
- Intuitive touchscreen turns novices into experts in minutes
- User interface is available in multiple languages
- Scheduled Archive automatically records all studies to disc for backup/disaster recovery. It also records a complete history of all archive activities on each disc**
- Compact design allows for easy siting
- Meets industry standards including DICOM part 10, IHE PDI, and audit logs for HIPAA compliance

*not all viewers are standard
**optional features

## Specifications

| | |
|---|---|
| Media Inputs: | Two 50-disc input bins |
| Media Output: | One 25-disc output bin |
| Optical Drives: | Two CD/DVD drives |
| Recordable Formats: | CD-R, DVD-R |
| Label Print Technology: | Inkjet |
| Print Resolution: | Up to 4800 dpi |
| Ink Cartridge: | One color cartridge (CMY); one black cartridge |
| User Interface: | Integrated/detachable 15" LCD touch screen and remote web browser access |
| Performance:*** | 60 CDs per hour, 30 DVDs per hour |
| Processor: | Intel® Core™ 2 Duo |
| Memory: | $\geq$ 2 GB |
| Data Storage: | 40 GB |
| Interface: | 10/100 Base-T/Gigabit Ethernet (RJ-45) |
| Network Protocols: | DICOM Store SCP (up to 24 simultaneous connections) HTTP Web Server (for remote control and configuration) |
| Smart Drive: | USB flash drive for storing configuration data |
| Power: | Universal Input: 100-240VAC, 50/60 Hz, 300VA (rated power) |
| Dimensions: | 26.7" (67.8 cm) H, 19.2" (48.6 cm) W, 26.7" (67.8 cm) L |
| Weight: | 60 lbs. (28 kg.) |
| Regulatory: | Full medical device compliance including Class 1 FDA and MDD CE, GMP/QSR, ISO13485: 2003, 60601-1 Safety, EMC/EMI (55011(B) & 60601-1-2) for Healthcare Facilities |

***based on a typical clinical study and network configuration with full color label

## Touch Screen User Interface









Call Codonics today at 800-444-1198 or visit www.codonics.com for more information.

17991 Englewood Drive
Middleburg Heights, OH 44130 USA
(440) 243-1198
(440) 243-1334 Fax
Email info@codonics.com
www.codonics.com

All registered and unregistered trademarks are the property of their respective owners.
Specifications subject to change without notice. Patent No. 7,375,737. Patent(s) Pending. Copyright© 2006-2008 Codonics, Inc. 09/2008

900-361-003.03

EXHIBIT B

# EXHIBIT C

# Virtua® E

## Medical Disc Publisher










EXHIBIT C

# Virtua® E

Medical Disc Publisher



## Overview

Virtua E is the perfect, economical, easy to use, image distribution accessory for any modality. Its compact design features a table-top touch screen, an advanced processor for receiving and managing studies, a robotic disc recorder and printer, and a user-friendly interface. The built-in printer produces brilliant, full-color disc labels that include patient demographics and the facility's address and logo for marketing. Customers can create their own custom labels or use Codonics disc label design service offered exclusively to our customers.

## Features / Benefits

- Automatically records and labels patient studies without tying up your workstation or employee resources
- Studies can be conveniently viewed from disc on a workstation using one or more DICOM viewers, specialized viewers and/or custom OEM viewers*
- HL7 and DICOM Structured Reports can be received and matched to a patient's study allowing the recording of both the report and study together on the same disc**
- Narrated messages provide complete system status at the touch of a button
- Intuitive touchscreen turns novices into experts in minutes
- User interface is available in multiple languages
- Scheduled Archive automatically records all studies to disc for backup/disaster recovery. It also records a complete history of all archive activities on each disc**
- Ultra compact design allows for easy siting
- Meets industry standards including DICOM part 10, IHE PDI, and audit logs for HIPAA compliance

*not all viewers are standard
**optional features

## Touch Screen User Interface




## Specifications

| | |
|---|---|
| Media Input: | One 20-disc input bin |
| Media Output: | One 25-disc output bin |
| Optical Drive: | One CD/DVD drive |
| Recordable Formats: | CD-R, DVD-R |
| Label Print Technology: | Inkjet |
| Print Resolution: | Up to 4800 dpi |
| Ink Cartridge: | One color cartridge (CMY) |
| User Interface: | 15" LCD touch screen<br>Remote web browser access using Internet Explorer® |
| Performance:*** | 25 CDs per hour, 10 DVDs per hour |
| Data Storage: | 40 GB |
| Interface: | 10/100 Base-T/Gigabit Ethernet (RJ-45) |
| Network Protocols: | DICOM Store SCP<br>HTTP Web Server (for remote control and configuration) |
| Smart Drive: | USB flash drive for storing configuration data |
| Power: | Universal Input: 100-240VAC, 50/60 Hz, 175 VA (rated power)**** |
| Dimensions: | 10.5" (26.7 cm) H, 18.2" (46.2 cm) W, 21.7" (55.1 cm) L**** |
| Weight: | 43 lbs. (19.3kg.) |
| Regulatory: | Full medical device compliance including Class 1 FDA and MDD CE, GMP/QSR, ISO13485: 2003, 60601-1 Safety, EMC/EMI (55011(B) & 60601-1-2) for Healthcare Facilities |

***based on a typical clinical study and network configuration with full color label
****display not included







17991 Englewood Drive
Middleburg Heights, OH 44130 USA
(440) 243-1198
(440) 243-1334 Fax
Email info@codonics.com
www.codonics.com

Call Codonics today at 800-444-1198 or visit www.codonics.com for more information.

All registered and unregistered trademarks are the property of their respective owners.
Specifications subject to change without notice. Patent No. 7,375,737. Patent(s) Pending. Copyright © 2007-2008 Codonics, Inc.

900-429-001.02

EXHIBIT C