AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court    Central District of CA    on the following   [X] Patents or Trademarks:

| DOCKET NO.<br>SACV08-00063 AHS (RNBx) | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>DATCARD SYSTEMS, INC., a California corporation, | | DEFENDANT<br>CODONICS, INC., an Ohio corporation |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  7,302,164 | 11/27/07 | DatCard Systems, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

*Stipulated Dismissal (copy attached)*

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Terry Nafisi | RAMONA LA CHAPELLE | 2/22/2010 |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

AO-120

1  Craig S. Summers (SBN 108,688)
   craig.summers@kmob.com
2  Paul A. Stewart (SBN 153,467)
   paul.stewart@kmob.com
3  Amy C. Chun (SBN 204,052)
   amy.chun@kmob.com
4  Perry D. Oldham (SBN 216,016)
   perry.oldham@kmob.com
5  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, 14th Floor
6  Irvine, CA 92614
   Telephone: (949) 760-0404
7  Facsimile:  (949) 760-9502

8  Attorneys for Plaintiff/Counterdefendant
9  **DATCARD SYSTEMS, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DATCARD SYSTEMS, INC., a California corporation, | Civil Action No. SACV 08-00063 AHS (RNBx) |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| CODONICS, INC., an Ohio corporation, | |
| Defendant. | |
| | The Honorable Alicemarie H. Stotler |
| AND RELATED COUNTERCLAIMS | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DatCard Systems, Inc. and Defendant Codonics, Inc., through their undersigned counsel of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and in accordance with a confidential settlement agreement between the parties, the above-captioned action is hereby dismissed, without prejudice, with each party to bear its own costs and fees. Pursuant to the confidential settlement agreement, the parties expect to file a dismissal with prejudice at a later date.

Date: January 26, 2010          Date: January 25, 2010

_/s/ Paul Stewart_             _/s/ Roger R. Wise_

Craig S. Summers                Roger R. Wise
Paul A. Stewart                 Evan Finkel
Perry D. Oldham                 Mark Kendrick
**KNOBBE, MARTENS, OLSON**      **PILLSBURY WINTHROP**
**& BEAR, LLP**                 **SHAW PITTMAN LLP**
2040 Main Street 14th Floor     725 South Figueroa St., Ste 2800
Irvine, CA 92614                Los Angeles, CA 90017-5406

Attorneys for Plaintiff,        Attorneys for Defendant,
**DATCARD SYSTEMS, INC.**       **CODONICS, INC.**

8443010